THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHELE LECOMPTE,<br><br>                      Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>                      Defendants. | NO. 2:17-CV-00665-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL |

Plaintiff Michele LeCompte ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate that settlement has been perfected and all claims of Plaintiff in the above-captioned case shall be DISMISSED with prejudice, and without costs or attorneys' fees to any parties. Any and all claims that were brought or could have been brought have been fully settled by the parties outside of court.

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-CV-00665-JLR) – Page 1

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

75 oc146201

1  STIPULATED TO on this 28th day of March, 2018.

| REED, LONGYEAR, MALNATI, & AHRENS | SCHEER LAW GROUP LLP |
|---|---|
| By: *s/Franklin W. Shoichet*<br>Franklin W. Shoichet, WSBA #6661<br>John Vaughey, WSBA #33472<br>Attorneys for Plaintiff | By: *s/Dennis G. Woods*<br>Dennis G. Woods, WSBA #28713<br>Frances Thompson, WSBA No. 51700<br>Kelsey A. Terry, WSBA No. 52417<br>Attorneys for Defendant Home Depot USA, Inc. |

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-CV-00665-JLR) – Page 2

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

75 oc146201

## II.   ORDER

THIS MATTER having come before the Court on the above stipulation, IT IS HEREBY ORDERED that all claims that were brought, or that could have been brought, by Plaintiff in the above-captioned matter shall be, and hereby are, DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DONE this 29th day of March, 2018.

_____
JAMES L. ROBART
United States District Judge

*Presented by:*

SCHEER LAW GROUP LLP

By: *s/Dennis G. Woods*
　　Dennis G. Woods, WSBA No. 28713
　　Frances Thompson, WSBA No.
　　Kelsey A. Terry, WSBA No. 52417
　　Attorneys for Defendant

*Approved as to Form; Notice of Presentation Waived by:*

REED, LONGYEAR, MALNATI, & AHRENS

By: *s/Franklin W. Shoichet*
　　Franklin W. Shoichet, WSBA #6661
　　John Vaughey, WSBA #33472
　　Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-CV-00665-JLR) – Page 3

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

75 oc146201

## CERTIFICATE OF SERVICE

I hereby certify that on March 28th, 2018 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the counsel listed below. I hereby certify that I have mailed by United States Postal Service the document to the following counsel:

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
| --- | --- |
| **CO/Plaintiff**<br>Franklin W. Shoichet<br>John Vaughey<br>Reed, Longyear, Malnati, & Ahrens<br>801 Second Avenue Suite 1415<br>Seattle, WA 98104 | ( X )   Via U.S. Mail<br>(   )   Via Legal Messenger<br>(   )   Via Facsimile<br>( X )   Via CM-ECF |

DATED this 28th day of March, 2018, at Seattle, Washington.

*s/Christie Kramer*
Christie Kramer, Legal Secretary

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-CV-00665-JLR) – Page 4

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

75 oc146201